UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
<u>SOUTHERN DIVISION</u>

In re:                                                       In Bankruptcy

**ANAAM KAJI**                            *Case No.: 10-47156-SWR*
                                                      *Chapter 7*
                                                      *Honorable S.W. RHODES*

_____Debtor (s)_____/

## NOTICE OF UNDER $5.00 DIVIDEND

**TO THE CLERK OF THE COURT:**

The attached check in the amount of $2.51 represents the total sum of under $5.00 dividends in this estate and is paid to the Court pursuant to 11 U.S.C. §347(a). The name(s) and address(es) of the Party(ies) associated with these dividends is (are) as follows:

| CREDITOR NAME | CLAIM NO. | AMOUNT OF DIVIDEND |
|---|---|---|
| US BANK, NA<br>PO Box 5229<br>Cincinnati, OH 45201 | 6 | $2.73 |

Dated: January 5, 2011

                                                   <u>/s/ BASIL T. SIMON (P26340)___</u>
                                                   Chapter 7 Trustee
                                                   422 W. Congress, Suite 400
                                                   Detroit, MI 48226
                                                   313/962-6400
                                                   bsimon@sszpc.com